IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **INGENIADOR, LLC**<br><br>*Plaintiff,*<br><br>v.<br><br>**ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM INC.**<br><br>*Defendants* | Civil No. 11-01840 (GAG)<br><br><br>**PLAINTIFF REQUESTS TRIAL BY JURY**<br><br><br>**PATENT INFRINGEMENT** |

## MOTION REQUESTING EXTENSION OF TIME TO ANSWER
## OR OTHERWISE PLEAD

**COMES NOW** Defendant, **SPRINGCM INC.**, **and, without submitting to the jurisdiction and venue of this Honorable Court**, respectfully **STATES**, and **PRAYS**:

1. Plaintiffs filed the above-captioned action on August 26, 2011.

2. Plaintiff served process upon **SPRINGCM INC.** on **September 15, 2011**.

1

3.  Pursuant to Fed. R. Civ. P. 12, **SPRINGCM INC's** responsive pleading or other appropriate motion is due on or before **October 6, 2011**.

4.  In order to file an adequate answer and/or otherwise plead (including, but not limited to, any motion allowed under Fed. R. Civ. P. 12), the undersigned counsel must undertake an investigation of the underlying facts and applicable law, for which it will require an additional thirty (30) days from the original due date.

5.  Pursuant to the above, **SPRINGCM INC.** respectfully requests that this Honorable Court grant it an additional term of thirty (30) days from the original due date, that is, **until Monday, November 7, 2011** to file its answer and/or otherwise plead in the above-captioned case.

WHEREFORE, **SPRINGCM INC.** respectfully requests that this Honorable Court grant it an extension of thirty days from the original due date to answer or otherwise plead, that is, until  Monday, **November 7 , 2011**.

**RESPECTFULLY SUBMITTED**.

**IT IS HEREBY CERTIFIED** that on this same date the foregoing was filed by uploading to the CM/ECF system, which will send automatic notices to the attorneys of record.
In San Juan, Puerto Rico, this 4th day of October 2011.

**GOLDMAN ANTONETTI & CÓRDOVA, P.S.C.**
Attorneys for **SPRINGCM INC.**
P.O. Box 70364
San Juan, Puerto Rico  00936-8364
Tel: (787) 759-4139; Fax: (787) 474-2417

S/ROSSELL BARRIOS
USDC-P.R. # 200904
rbarrios@gaclaw.com