UNITED STATES OF AMERICA
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ingeniador, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Alfresco Software, Inc., *et al.*,<br><br>    Defendants. | Civil No. 11-1840 (GAG) |

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

COME NOW co-defendant Blackboard, Inc., through the undersigned attorney, and pursuant to Local Rule 83.4, very respectfully informs that the undersigned will join the representation of Blackboard, Inc., in this action.

WHEREFORE, it is respectfully requested that the undersigned be notified of all documents filed and orders issued in the instant case.

Respectfully submitted.

In San Juan, Puerto Rico, this 4th day of October, 2011.

MELENDEZ TORRES LAW, PSC
MCS Plaza, Suite 715
255 Ponce de León Avenue
San Juan, PR 00917
Phone (787) 281-8100
Fax (787) 281-8310


**s/ Sonia I. Torres Pabón**
Sonia I. Torres Pabón
USDC-PR No. 34282
storres@melendeztorreslaw.com

IT IS HEREBY CERTIFY that on this same date we electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

**s/ Sonia I. Torres Pabón**
Sonia I. Torres Pabón