IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Ingeniador, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Alfresco Software, Inc., *et al.*,<br><br>    Defendants. | Civil No. 11-1840 (GAG) |

## BLACKBOARD'S MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Local Rule 6, co-defendant Blackboard Inc., respectfully moves for a thirty (30) day extension of time to answer the Complaint or otherwise plead, until <u>November 7, 2011</u>. Plaintiff Ingeniador, LLC consents to the requested relief. This is the first extension of time requested by Blackboard. It is not made for the purposes of delay.

    Respectfully submitted,

*Of counsel:*

| | |
|---|---|
| Christopher D. Bright<br>McDERMOTT WILL & EMERY LLP<br>18191 Von Karman Avenue, Suite 500<br>Irvine, California  92612<br>(949) 757-7103<br><br>Michael S. Nadel<br>McDERMOTT WILL & EMERY LLP<br>600 Thirteenth Street, N.W.<br>Washington, D.C.  20005<br>(202) 756-8000 | /s/ *Sonia I. Torres Pabón*<br>Sonia I. Torres Pabón<br>District Court Number 209310<br>MELÉNDEZ TORRES LAW PSC<br>MCS Plaza, Suite 715<br>255 Ponce de León Ave.<br>San Juan, Puerto Rico  00917<br>(787) 281-8100 |

*Attorneys for Defendant Blackboard Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 4, 2011, the foregoing was electronically filed with the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                 /s/ *Sonia I. Torres Pabón*
                                                 Sonia I. Torres Pabón

Case 3:11-cv-01840-GAG   Document 11   Filed 10/04/11   Page 3 of 3