IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC, | |
|     Plaintiff, | |
|     v., | CIVIL NO. 11-1840 (GAG) |
| ALFRESCO SOFTWARE, INC.; *et al.*, | |
|     Defendants. | |

**FIRST REQUEST FOR ENLARGMENT OF TIME
TO PLEAD OR OTHERWISE DEFEND**

TO THE HONORABLE COURT:

COMES NOW the co-defendant, **Nuxeo Corporation ("Nuxeo")**, specially appearing by and through its attorneys, without submitting to the jurisdiction or venue of this forum nor waiving any other defense, and hereby very respectfully requests a first extension of time of thirty (30) days, until **November 7, 2011**, to plead or otherwise defend as follows:

1.    Upon information and belief, the plaintiff filed the captioned matter against Nuxeo and other co-defendants on or about August 26, 2011.  See, Docket No. 1.

2.    On or about September 15, 2011, the plaintiff served Nuxeo with a copy of the complaint and summons. If service was properly effected, Nuxeo would have until October 6, 2011 to plead or otherwise respond.

Nuxeo's First Request for Enlargement of Time
Ingeniador LLC v. Alfresco Software, Inc., et al.
Civil No. 11-1840 (GAG)
Page 2 of 3

3.      Nuxeo needs more time to, among other things, analyze the plaintiff's claims, ascertain whether service of process was effective, jurisdiction and venue proper, and determine how to plead or otherwise defend.

4.      Therefore, pursuant to Local Rule 6 of this Court and Rule 6(a) of the Federal Rules of Civil Procedure ("FRCP"),[1] Nuxeo requests a first extension of time of thirty (30) days counted from October 6, 2011 to plead or otherwise defend and/or request. The requested extension of time would expire on November 7, 2011.[2]

**WHEREFORE**, pursuant to Local Rule 6(a) and FRCP 6(a), Nuxeo moves for a first extension of time of thirty (30) days to respond to, or otherwise defend from, the plaintiff's complaint, said extension expiring on November 7, 2011.

I CERTIFY that today, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send electronic notification of such filing to plaintiff's counsel.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of October, 2011.

**FIDDLER, GONZÁLEZ & RODRÍGUEZ, PSC**
**Attorneys for Nuxeo Corporation**

P. O. Box 363507
San Juan, PR  00936-3507

---

[1] According to Local Rule 6, "[t]he clerk is authorized to enter orders granting a first extension of time, provided it encompasses a period not to exceed thirty (30) days. Any further extensions of time can only be granted by the Court."

[2] Technically, the requested enlargement would expire on November 5, 2011. However, November 5, 2011 is a Saturday. Pursuant to FRCP 6(a)(1)(C), Nuxeo would have until Monday, November 7, 2011, to plead or otherwise respond and/or request.

**Nuxeo's First Request for Enlargement of Time**
Ingeniador LLC v. Alfresco Software, Inc., et al.
Civil No. 11-1840 (GAG)
Page 3 of 3

Tel. (787) 759-3291 / Fax: (787) 759-3109

**_/s/ Tomás A. Román-Santos_**
Tomás A. Román-Santos
USDC-PR No. 219806
E-mail: taroman@fgrlaw.com

*Of Counsel:*
*(Pro Hac Vice Application to be filed in due course)*

**Karen I. Boyd, Esq.**
**Turner Boyd LLP**
2570 El Camino Real, Suite 380
Mountain View, CA  94040

*Attorneys for Nuxeo Corporation*

#853968.1