IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>**Plaintiff**<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; SPRINGCM, INC.<br>**Defendants** | **CIVIL NO**. 11-1840 (GAG) |

### NOTICE OF APPEARANCE

**TO THE HONORABLE GUSTAVO A. GELPÍ**
**UNITED STATES DISTRICT JUDGE**:

**COME NOW** co-defendant SAP America, Inc. ("SAP America"), without submitting to this Honorable Court's jurisdiction, through the undersigned counsel, and respectfully aver and pray as follows:

1.     The undersigned attorney hereby appears in this case as counsel of record on behalf of SAP America and requests that the Court hereby take note of the foregoing.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this 7th day of October 2011.

2

**I HEREBY CERTIFY**: That on this date a true and exact copy of the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which automatically serves notification of the filing to parties in interest.

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico, 00918
Tel: (787) 274-1212
Fax: (787) 274-1470

S/ ALEJANDRO FEBRES-JORGE
Alejandro Febres-Jorge
USDC-PR Bar No. 228403
afebres@pmalaw.com