IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>**Plaintiff**<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; SPRINGCM, INC.<br>**Defendants** | **CIVIL NO.** 11-1840 (GAG) |

**MOTION PURSUANT TO LOCAL CIVIL RULE 6 REQUESTING EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

**TO THE HONORABLE COURT:**

COMES NOW, SAP America, Inc., ("SAP America") through its undersigned counsel, and without submitting to this Court's jurisdiction, respectfully alleges and prays:

1. SAP America was served with summons in the captioned case on September 16, 2011. Accordingly, the deadline for SAP America to answer the Complaint or otherwise plead is October 7, 2011.

2. In order to fully and responsibly respond or otherwise plead to the Complaint, SAP America respectfully requests an extension of thirty (30) days, until November 7, 2011, in

-1-

which to file an answer to the Complaint or otherwise plead, pursuant to this Honorable Court's Local Civil Rule 6, which authorizes the Clerk of Court to enter Orders granting a first extension of time not to exceed thirty (30) days without further direction of the Court.

3. SAP America has met and conferred with Plaintiff regarding this request, and Plaintiff does not oppose this motion.

**WHEREFORE**, SAP America hereby respectfully requests an extension of thirty (30) days, until November 7, 2011, to answer the Complaint or otherwise plead.

**RESPECTFULLY SUBMITTED.**

It is hereby certified that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 6th day of October, 2011.

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
*Attorneys for SAP America, Inc.*
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico  00918
Tel:  (787) 274-1212
Fax: (787) 274-1470


**S/ ORESTE R. RAMOS**
Oreste R. Ramos
USDC-PR No. 216801
oramos@pmalaw.com

**S/ ALEJANDRO FEBRES-JORGE**
Alejandro Febres-Jorge
USDC-PR No. 228403
afebres@pmalaw.com

*Of Counsel*:

(*Pro Hac Vice* Applications to be filed in due course)

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Kenneth A. Gallo, Esq.
David J. Ball, Jr., Esq.
Annaka Nava, Esq.
2001 K Street, NW, Washington, DC 20006-1047
(202) 223-7309 | (202) 204-7399 (Fax)

Warren A. Stramiello, Esq.
1285 Avenue of the Americas, New York, NY 10019-6064
(212) 373-3786 | (212) 492-0786 (Fax)