# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; MUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM INC.,<br><br>      Defendants. | Civil Action No. 3:11-cv-01840-GAG |

**AGREED STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Ingeniador, LLC ("Ingeniador") and Defendant Oracle Corporation ("Oracle") hereby stipulate and agree as follows:

1. The current deadline for Oracle to move, answer, or otherwise respond to Ingeniador's Complaint is October 11, 2011.

2. Oracle shall have a 30-day extension up to and including November 10, 2011 to move, answer, or otherwise respond to Ingeniador's Complaint; and

3. This stipulation shall not constitute a waiver of any other objection, claim, or defense, including regarding venue or jurisdiction that Oracle may raise when moving, answering, or otherwise responding to Ingeniador's Complaint.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on October 11th, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

In San Juan, Puerto Rico, this 11th day of October, 2011.

**Ferraiuoli LLC**
221 Plaza, 4th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Tel.: (787) 766-7000
Fax: (787) 766-7001

*S/Eugenio J. Torres-Oyola*
USDC No. 215505
E-mail: etorres@ferraiuoli.com

**REICHARD & ESCALERA**
MCS Plaza 255 Ponce de León Ave. Ste. 1,000
San Juan, PR 00917-1913
PO Box 364148
San Juan, PR 00936-4148
Tel. 787 777-8888 / Fax 787 765-4225
Counsellors@reichardescalera.com

*S/Rafael Escalera-Rodríguez*
E-mail: escalera@reichardescalera.com
matos@reichardescalera.com
U.S.D.C. No. 122,609

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; MUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM INC.,<br><br>      Defendants. | Civil Action No. 3:11-cv-01840-GAG |

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

BASED upon the foregoing stipulation, the Court hereby ORDERS that Oracle Corporation shall have an extension of thirty days up to and including November 10, 2011 to move, answer, or otherwise respond to Ingeniador, LLC's Complaint.

IT IS SO ORDERED.

Dated this ____ day of October, 2011.

                                                                         _____
                                                                         Honorable Gustavo A. Gelpi
                                                                          United States District Court Judge