AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Ingeniador, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-1840 |
| Alfresco Software, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Oracle Corporation

Date:  10/12/2011

s/Roberto C. Quiñones-Rivera
*Attorney's signature*

Roberto C. Quiñones-Rivera
*Printed name and bar number*

McConnell Valdés LLC
PO Box 364225
San Juan, PR  00936-4225

*Address*

rcq@mcvpr.com
*E-mail address*

(787) 250-2631
*Telephone number*

(787) 474-9201
*FAX number*