AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Ingeniador, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 11-1840 (GAG) |
| Alfresco Software, Inc., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Interwoven, Inc.

Date: 10/12/2011

/S/ Manuel A. Pietrantoni
*Attorney's signature*

Manuel A. Pietrantoni, USDC-PR No. 219805
*Printed name and bar number*

P.O. Box 364924
San Juan, PR 00936-4924

*Address*

mpietrantoni@cabprlaw.com
*E-mail address*

(787) 756-1400
*Telephone number*

(787) 756-1401
*FAX number*