**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **INGENIADOR, LLC**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**ALFRESCO SOFTWARE, INC., et al.,**<br><br>　　　　**Defendants.** | **Civil Action No.  11-1840 (GAG)** |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE**
**AGAINST THE COMPLAINT**

Defendant Interwoven, Inc., specially appearing and without submitting to the jurisdiction of this court or waiving any defense, requests an extension of time to answer or otherwise move against the Complaint as follows:

1. Plaintiff served or attempted to serve Interwoven on September 16, 2011. The 21-day period to answer or otherwise move against the Complaint expired on October 7, 2011.

2. Before that term expired, however, national counsel for Interwoven conferred with counsel for plaintiff, who agreed to a 30-day extension of time to plead or otherwise move against the Complaint. Counsel for Interwoven was under the impression that plaintiff would file a stipulation to that effect, but no stipulation has been filed.

3. Interwoven currently is evaluating the allegations of the Complaint and requires additional time to prepare a responsive pleading or motion. As other defendants have requested and been granted extensions; the extension sought here, if granted, would not cause undue delay or harm. And, it is sought in the interest of justice.

WHEREFORE, defendant Interwoven, Inc. requests that the Court grant an extension of time, until November 7, 2011, to answer or otherwise move against the Complaint.

CERTIFICATION: Today I filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall automatically send a copy to all counsel of record.

| | |
|---|---|
| Dated: October 12, 2011 | Respectfully submitted, |//
| *Pending Pro Hac Vice admittance*: | S/Manuel A. Pietrantoni |
| Bijal V. Vakil | Manuel A. Pietrantoni |
| White & Case LLP | USDC-PR No. 219805 |
| 3000 El Camino Real | CASELLAS ALCOVER & BURGOS, P.S.C. |
| 5 Palo Alto Square, 9th Floor | Popular Center Building, Suite 1400 |
| Palo Alto, California | 208 Ponce de Leon Avenue |
| 94306 | San Juan, PR  00918 |
| T: + 1 650 213 0303 | Telephone:  (787) 756-1400 |
| F: + 1 650 213 8158 | Facsimile:  (787) 756-1401 |
| | |
| *Counsel for Interwoven, Inc.* | *Counsel for Interwoven, Inc.* |