IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM INC.,<br><br>          Defendants. | Civil No.: 3:11-cv-01840-GAG |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Scott E. Davis, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Klarquist Sparkman, LLP with offices at:

| Address | 121 SW Salmon Street, Suite 1600<br>Portland, Oregon 97204 |
|---|---|
| Email | scott.davis@klarquist.com |
| Telephone No. | (503) 595-5300 |
| Fax No. | (503) 595-5301 |

2. Applicant will sign all pleadings with the name Scott E. Davis.

3. Applicant has been retained personally or as a member of the above-named firm by Microsoft Corporation and Hewlett-Packard Company to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since September 2002, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Oregon, where applicant regularly practices law. Applicant's bar license number is 022883.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| California – all courts | December 2000 |
| U.S. Dist. Court, Or. | November 2002 |
| U.S. Dist. Court, C.D. Cal. | January 2005 |
| U.S. Dist. Court, E.D. Tex. | February 2011 |
| U.S. Court of Appeals, Ninth Circuit | December 2000 |
| U.S. Court of Appeals, Federal Circuit | March 2004 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

None

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Tomás A. Román-Santos |
| USDC-PR Bar No. | 219806 |
| Address | Fiddler González & Rodríguez, PSC<br>254 Munoz Rivera Ave. 6th Floor<br>Hato Rey, Puerto Rico 00918 |
| Email | taroman@fgrlaw.com |
| Telephone No. | 787-759-3291 |
| Fax No. | 787-759-3109 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: October 11, 2011.

Scott E. Davis

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes.

Date: October 14, 2011.

Tomás A. Román-Santos

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

_____
Scott E. Davis

---

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

- ❑ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.
- ❑ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2011.

_____
U.S. DISTRICT JUDGE