IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Ingeniador, LLC,

    Plaintiff,

        v.

Alfresco Software, Inc., et al.,

    Defendants.

CIVIL NO. 11-1840

**APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE**

TO THE HONORABLE COURT:

COMES NOW, Jesse J. Jenner, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of Ropes & Gray LLP, with offices at:

| | |
|---|---|
| Address | 1211 Avenue of the Americas, New York, NY 10036-8704 |
| Email | jesse.jenner@ropesgray.com |
| Telephone No. | 212-596-9019 |
| Fax No. | 212-596-9090 |

2. Applicant will sign all pleadings with the name Jesse J. Jenner.

3. Applicant has been retained personally or as a member of the above-named firm by defendant EMC Corporation to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since <u>1973</u>, applicant has been and presently is a member in good standing of the bar of the highest court of the State of <u>New York</u>, where applicant regularly practices law. Applicant's NY Bar license number is <u>1034776</u>.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| NY State | 9/12/73 |
| SDNY/EDNY | 10/10/73 |
| Federal Circuit | 10/1/82 |
| US Supreme | 9/8/83 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
|  |  |
|  |  |

10. Local counsel of record associated with applicant in this matter are:

Name            Salvador J. Antonetti Stutts
USDC-PR Bar No.  215002
Email           santonetti@oneillborges.com

| | |
|---|---|
| Name | Mauricio O. Muñiz-Luciano |
| USDC-PR Bar No. | 220914 |
| Email | mmuniz@oneillborges.com |
| | |
| Address | O'Neill & Borges |
| | American Int'l Plaza, Suite 800 |
| | 250 Muñoz Rivera Avenue |
| | San Juan, P.R. 00918-1813 |
| | |
| Telephone No. | (787) 764-8181 |
| | |
| Fax No. | (787) 753-8944 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico, which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this October 12, 2011.

Jesse J. Jenner

Printed Name of Applicant

Signature of Applicant

WE HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that we consent to be

designated as local counsel of record for all purposes

In San Juan, Puerto Rico, this October 12, 2011.

**s/ Salvador J. Antonetti Stutts**
Salvador J. Antonetti Stutts
USDC-PR No. 215002
santonetti@oneillborges.com

**s/Mauricio O. Muñiz-Luciano**
Mauricio O. Muñiz-Luciano
USDC-PR No. 220914
mmuniz@oneillborges.com

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of the Court accompanied by a $150.00 *pro hac vice* admission fee.

_____
Signature of Applicant

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

The application be granted. The Clerk of the Court shall deposit the

admission fee to the account of Non-Appropriated Funds of this Court.

The application be denied. The Clerk of the Court shall return the admission

fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
U.S. DISTRICT JUDGE