IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>          Plaintiff,<br><br>v.<br><br>ALFRESCO SOFTWARE, INC., et al.,<br><br>          Defendants. | Civil Action No. 11-1840 (GAG) |

### APPLICATION FOR ADMISSION PRO HAC VICE

Comes now, Bijal V. Vakil, applicant herein and respectfully states:

1. Applicant is an attorney of the law firm White & Case LLP, with offices at:

   | | |
   |---|---|
   | Address | 3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306 |
   | Email | bvakil@whitecase.com |
   | Telephone No. | (650)213-0303 |
   | Fax No. | (650)213-8158 |

2. Applicant will sign all pleadings with the name Bijal V. Vakil.

3. Applicant has been retained personally or as a member of the above-named firm by Interwoven, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since December 9, 1997, applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's bar license number is 192878.

1

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Central District of California | December 9, 1997 |
| Northern District of California | November 22, 2000 |
| Southern District of California | December 13, 2000 |
| Eastern District of California | December 19, 2000 |
| Supreme Court of the United States | April 25, 2007 |
| Eastern District of Texas | May 25, 2010 |
| Ninth Circuit Court of Appeals | April 19, 2010 |
| Federal Circuit Court of Appeals | June 5, 2011 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant <u>has not</u> filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Manuel A. Pietrantoni |
| USDC-PR Bar No. | 219805 |
| Address | Casellas Alcover & Burgos, P.S.C.<br>PO Box 364924<br>San Juan, Puerto Rico 00936-4924 |
| Email | mpietrantoni@cabprlaw.com |
| Telephone No. | (787)756-1400 |
| Fax No. | (787)756-1401 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, US. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: October 13, 2011

Bijal V. Vakil
Printed Name of Applicant

*[signature]*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83 A (f), that I consent to the designation of local counsel of record for all purposes.

Date: October 13, 2011.

**CASELLAS ALCOVER & BURGOS P.S.C.**
PO Box 364924
San Juan, Puerto Rico 00936-4924
Tel. (787) 756-1400
Fax  (787) 756-1401
mpietrantoni@cabprlaw.com


*s/Manuel A. Pietrantoni*
Manuel A. Pietrantoni
USDC-PR No. 219805

I HEREBY CERTIRFY that on this date, a copy of the foregoing was electronically filed through the Court's CM/ECF system, which will send electronic notification of the filing to all attorneys of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

*s/Manuel A. Pietrantoni*
Manuel A. Pietrantoni
USDC-PR No. 219805

**CASELLAS ALCOVER & BURGOS P.S.C.**
PO Box 364924
San Juan, Puerto Rico 00936-4924
Tel. (787) 756-1400
Fax (787) 756-1401
mpietrantoni@cabprlaw.com