IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **INGENIADOR, LLC**<br>        Plaintiff<br><br>vs.<br><br>**INTERWOVEN, INC ET AL**<br><br>        Defendants | CIVIL ACTION NO. 11-1840 (GAG) |

## MOTION FOR ENTRY OF DEFAULT ON BRIDGELINE DIGITAL, INC.

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff, **INGENIADOR, LLC**, through the undersigned attorneys and very respectfully states and prays as follows:

1. On August 29, 2011, the Clerk of the Court issued the corresponding summons as to defendant Bridgeline Digital, Inc.

2. On September 15, 2011, defendant Bridgeline was served with the summons and a copy of the complaint and attachments, as attested from the proof of service filed with the Court. The summons was served on Kelly Quinlan, assistant to the CEO, who represented to be the person designated to accept service of process on behalf of defendant. This is declared under penalty of perjury by server Thomas F. Cabral, a private process server. See docket 26, proof of service on defendant Bridgeline.

3. According to Rule 12(a)(2) of the Federal Rules of Civil Procedure, defendant Bridgeline had twenty one (21) days to file its pleading. This term expired on October 6, 2011. Bridgeline did not file its pleading or an extension of time in the time provided by the applicable Rule.

4.     For its part, Rule 55 of the Federal Rules of Civil Procedure provides that when a defendant "has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."  See also, *U.S. v. $23,000 in U.S. Currency*, 356 F.3d 157 (1st Cir. 2004).

5.     More than enough time has elapsed since the service of process on defendant Bridgeline, as evidenced by docket 26.  Said party has failed to appear in the instant case in the time allowed.  This clearly evidences Bridgeline's disregard of this litigation and its intention to unwarrantedly delay it, and hence, default should be entered against said defendant.

**WHEREFORE**, plaintiff Ingeniador, LLC respectfully requests from this Honorable Court to enter default on defendant Bridgeline Digital, Inc.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the attorneys of record.

In San Juan, Puerto Rico, this 19th day of October, 2011.

s/*Rafael Escalera Rodríguez*
**RAFAEL ESCALERA RODRIGUEZ**
USDC-PR NO. 122609
escalera@reichardescalera.com

s/*Pedro Santiago Rivera*
**PEDRO SANTIAGO RIVERA**
USDC-PR No. 216105
e-mail: santiagopedro@reichardescalera.com

**REICHARD & ESCALERA**
Attorneys for Plaintiff Ingeniador, LLC

MCS Plaza, Suite 10
255 Ponce de León Ave

Hato Rey, San Juan PR  00917
PO Box 364148,
San Juan, PR  00936-4148
Tel. (787) 777-8888; Fax. 765-4225


*s/Eugenio J. Torres-Oyola*
**EUGENIO J. TORRES-OYOLA**
USDC No. 215505
E-mail: etorres@ferraiuoli.com

**Ferraiuoli LLC**
Attorneys for Plaintiff Ingeniador, LLC

221 Plaza, Suite 403
221 Ponce de León Avenue
San Juan, PR 00917
Tel.: (787) 766-7000
Fax: (787) 766-7001