AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Puerto Kico

| Ingeniador, LLC | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 11-1840 (GAG) |
| Alfresco Software, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EMC Corporation

Date: 10/19/2011

s/Mauricio O. Muñiz-Luciano
*Attorney's signature*

Mauricio O. Muñiz Luciano, USDC No. 220914
*Printed name and bar number*

O'Neill & Borges
American Int'l Plaza, Suite 800
250 Muñoz Rivera Ave.
San Juan, PR 00918
*Address*

mauricio.muniz@oneillborges.com
*E-mail address*

(787) 282-5701
*Telephone number*

(787) 753-8944
*FAX number*