IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>　　　Plaintiff,<br><br>ALFRESCO SOFTWARE, INC.; *et. al.*,<br><br>　　　Defendants. | CIVIL NO. 11-cv-1840 (GAG) |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Karen I. Boyd, applicant herein and respectfully states:

1.　Applicant is an attorney and a member of the law firm of Turner Boyd LLP, with offices at:

> 2570 West El Camino Real, Suite 380
> Mountain View, CA 94040
> Email: beard@turnerboyd.com
> Tel:　650-521-5930 / Fax: 650-521-5931

2.　Applicant will sign all pleadings with the name Karen I. Boyd.

3.　Applicant has been retained personally or as a member of the above-named firm by Nuxeo Corporation ("Nuxeo") to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4.　Since September 23, 1997, applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's California bar license number is 189808.

5.　Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Northern District of California | 2/27/1998 |

|  |  |
|---|---|
| Central District of California | 9/29/1998 |
| Southern District of California | 9/22/1998 |
| Eastern District of California | 4/5/2009 |
| California Supreme Court | 9/23/1997 |
| District of Colorado | 4/27/2009 |
| US Court of Appeals, Federal Circuit | 7/28/1998 |
| United States Supreme Court | 11/8/2004 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Local counsel of record associated with applicant in this matter is:

Tomás Román-Santos
USDC – PR No. 219806
Fiddler González & Rodríguez, PSC
PO Box 363507
San Juan, PR  00936-3507
Email:  taroman@fgrlaw.com
Tel:     787-759-3291 / Fax: 787-759-3109

10. Applicant has read the local rules of the court and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide, in part, that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each

new case before the Court. Payment of the *pro hac vice* admission fee is paid simultaneously with this application.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Mountain View, California this 20th day of October, 2011.

    Karen I. Boyd

  s/ *Karen I. Boyd*

2570 West El Camino Real, Suite 380
Mountain View, CA 94040
Email: beard@turnerboyd.com
Tel:  650-521-5930 / Fax: 650-521-5931

## LOCAL RULE 83A(f) CERTIFICATION AND CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes. I further certify that I have electronically filed this document, along with the $150.00 *pro hac vice* fee, with the Court via CM/ECF, which will send electronic notification of the filing to all attorneys of record..

In San Juan, Puerto Rico, this 20th day of October, 2011.

*s/Tomás A. Román-Santos*
Tomás A. Román-Santos
USDC-PR Bar No. 219806
E-mail: taroman@fgrlaw.com

Fiddler González & Rodríguez, PSC
PO Box 363507
San Juan, PR  00936-3507
Tel: 787-759-3291 Fax: 787-759-3109

3

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

[ ]   the application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

[ ]   the application be denied.  The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2011.

_____
U.S. DISTRICT COURT JUDGE