AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | | |
|---|---|---|
| Ingeniador, LLC<br>*Plaintiff*<br>v.<br>Alfresco Software, Inc., et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  Civ. 11-1840 (GAG) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lexmark International, Inc.                                                                                                                           .

Date:  10/21/2011

/s/ Tomás A. Román-Santos
*Attorney's signature*

Tomás A. Román-Santos USDC No. 219806
*Printed name and bar number*

Fiddler González & Rodríguez, PSC
PO Box 363507
San Juan, PR 00936-3507

*Address*

taroman@fgrlaw.com
*E-mail address*

(787) 759-3291
*Telephone number*

(787) 759-3109
*FAX number*