IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>      *Plaintiff*,<br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM INC.<br>      *Defendants*. | C.A. No.: 3:11-cv-01840 (GAG) |

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for Puerto Rico and Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned Counsel of record for EMC Corporation, a private non-governmental party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

EMC has no parent corporation, and no publicly-held corporation owns more than 10% of the stock of EMC.

-2-

O'NEILL & BORGES

s/ Salvador J. Antonetti Stutts
Salvador J. Antonetti Stutts
USDC-PR No. 215002
santonetti@oneillborges.com

s/ Mauricio O. Muñiz-Luciano
Mauricio O. Muñiz-Luciano
USDC-PR No. 220914
mmuniz@oneillborges.com

O'NEILL & BORGES
American International Plaza
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel. 787-764-8181

*Attorneys for Defendant*
*EMC Corporation*

*Of Counsel:*

Jesse J. Jenner
Khue V. Hoang
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9000

I hereby certify a true copy of the foregoing Disclosure Statement was served (by mail, by hand delivery or by electronic notice) on all parties this 24 Day of October, 2011.

s/ Salvador J. Antonetti Stutts
Salvador J. Antonetti Stutts
USDC-PR No. 215002
santonetti@oneillborges.com

s/ Mauricio O. Muñiz-Luciano
Mauricio O. Muñiz-Luciano
USDC-PR No. 220914
mmuniz@oneillborges.com