### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC, | CIVIL NO. 11-1840 (GAG) |
| Plaintiff, | |
| v. | RE: PATENT INFRINGEMENT |
| ALFRESCO SOFTWARE, INC., *et al.*, | |
| Defendants. | |

### SDL TRIDION, INC.'S CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE COURT:**

COMES NOW SDL Tridion, Inc. ("SDL"), by special appearance and through its undersigned counsel, without submitting to the jurisdiction or venue of this Honorable Court, expressly reserving any and all available defenses, and pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.1 of this Honorable Court, hereby states that SDL is a subsidiary of SDL International America, Inc., which is in turn a subsidiary of SDL PLC, a public company listed on the London Stock Exchange.

**RESPECTFULLY SUBMITTED.**

In SAN JUAN, PUERTO RICO, this 26th day of October, 2011.

**WE HEREBY CERTIFY** that on this same date the foregoing statement was filed with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to all attorneys of record.

**ADSUAR MUÑIZ GOYCO**
**SEDA & PÉREZ-OCHOA, P.S.C.**
Counsel for SDL Tridion, Inc.
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000
Fax: 787.756.9010
Email: epo@amgprlaw.com
       jtorrens@amgprlaw.com


By:  */s/ Eric Pérez-Ochoa*
       ERIC PÉREZ-OCHOA
       USDC-PR 206314


By: */s/ Jaime Torrens Dávila*
       JAIME TORRENS DÁVILA
       USDC-PR 223810


**CO-COUNSEL:**

Stuart C. Clark, Esq.
Carr & Ferrell, LLP
120 Constitution Drive
Menlo Park, CA 94025
Tel: (650) 812-3415
Fax: (650) 812-3444
Email: clark@carrferrell.com