IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

INGENIADOR, LLC

Plaintiff

v.

ALFRESCO SOFTWARE, INC.

Defendant

Case No. 11-cv-1840 (GAG)

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Stuart C. Clark, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of (or practices under the name of Carr & Ferrell LLP, with offices at:

| Address | 120 Constitution Drive |
|---|---|
|  | Menlo Park, CA 94025 |
| Email | clark@carrferrell.com |
| Telephone No. | 650-812-3400 |
| Fax No. | 650-812-3442 |

2. Applicant will sign all pleadings with the name Stuart C. Clark.

3. Applicant has been retained personally or as a member of the above-named firm by SDL Tridion to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since December 11, 1986, applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's bar license number is 124152.

**Application and Order for Admission Pro Hac Vice (10/2003)**

Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure proper compliance.

Page 1 of 4

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| see attached. | |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
|---|---|
| None - not applicable | |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Eric Perez-Ochoa, Esq. |
| USDC-PR Bar No. | 206314 |
| Address | Westernbank World Plaza, #268 Munoz Rivera Ave. |
| | San Juan, Puerto Rico 00918 |
| Email | epo@amgprlaw.com |
| Telephone No. | 787-281-1813 |
| Fax No. | 787-756-9010 |

**Application and Order for Admission Pro Hac Vice (10/2003)**
Note: This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure proper compliance.

Page 2 of 4

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: _October 24, 2011_.

Stuart C. Clark
Printed Name of Applicant
_____
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: _October 24, 2011_.

Eric Perez-Ochoa
Printed Name of Local Counsel
_____
Signature of Local Counsel

**Application and Order for Admission Pro Hac Vice (10/2003)**
Note. This form is provided for illustrative purposes only. You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure proper compliance.

Page 3 of 4

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

_____
Signature of Applicant

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

❏   the application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

❏   the application be denied.  The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.


_____
U.S. DISTRICT JUDGE

**Application and Order for Admission Pro Hac Vice (10/2003)**
Note: This form is provided for illustrative purposes only.  You must consult the Local Rules prior to submission of this or any other pleading to the Court to ensure proper compliance.

Page 4 of 4

## STUART CRAIG CLARK BAR ADMISSIONS

| Court | Date of Admission |
|---|---|
| Supreme Court of California | December 11, 1986 |
| U.S. Court of Appeals for the Ninth Circuit | December 11, 1986 |
| U.S. District Court for the Northern District of California | December 11, 1986 |
| U.S. District Court for the Southern District of California | August 24, 1995 |
| U.S. District Court for the Eastern District of California | June 26, 1997 |
| U.S. District Court for the Central District of California | July 8, 1997 |
| U.S. Court of Appeals for the Federal Circuit | March 3, 2000 |
| U.S. District Court for the District of Colorado | June 29, 2009 |

{00553082v1}