IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>      Plaintiffs,<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; MUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM INC.,<br><br>      Defendants. | Civil Action No. 3:11-cv-01840-GAG |

**STIPULATED MOTION BETWEEN INGENIADOR AND ALFRESCO FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

**TO THE HONORABLE COURT**:

COME NOW Plaintiff Ingeniador, LLC ("Ingeniador") and Defendant Alfresco Software, Inc. ("Alfresco") without submitting to the jurisdiction of this Honorable Court or waiving any objections or defenses, by and through the undersigned counsel, and very respectfully state and pray as follows:

1. The current deadline for Alfresco to file an answer or otherwise plead to Ingeniador's Complaint is November 7, 2011.

2. The appearing parties are considering alternatives that could limit or simplify the controversies between them regarding the above captioned case. Thus, Alfresco has

asked Ingeniador to agree to an extension for Alfresco to respond or otherwise plead to the Complaint. Ingeniador has no objection and has agreed to it.

3. The extension would be until Wednesday, December 7, 2011, if it then becomes necessary for Alfresco to file an answer or otherwise respond to Ingeniador's Complaint.

4. This stipulation shall not constitute a waiver of any other objection, claim, or defense, including those regarding venue or jurisdiction that Alfresco may raise when responding or otherwise pleading to Ingeniador's Complaint.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant Alfresco the agreed upon extension until Wednesday, December 7, 2011, to respond or otherwise plead to Ingeniador's Complaint.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all attorneys of record.

In San Juan, Puerto Rico, this 31st day of October, 2011.

*Attorneys for* **Ingeniador, LLC**

**Ferraiuoli LLC**
221 Plaza, 4th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Tel.: (787) 766-7000
Fax: (787) 766-7001

*S/Eugenio J. Torres-Oyola*
**Eugenio J. Torres-Oyola**
USDC No. 215505
E-mail: etorres@ferraiuoli.com

**REICHARD & ESCALERA**
MCS Plaza 255 Ponce de León Ave. Ste. 1,000
San Juan, PR 00917-1913

PO Box 364148
San Juan, PR 00936-4148
Tel. 787 777-8888 / Fax 787 765-4225
Counsellors@reichardescalera.com

**Rafael Escalera-Rodríguez**
E-mail: escalera@reichardescalera.com
matos@reichardescalera.com
U.S.D.C. No. 122,609

**Pedro Santiago-Rivera**
E-mail: santiagopedro@reichardescalera.com
attystgo@prw.net
docket_clerk@reichardescalera.com
U.S.D.C. No. 216105

*Attorneys for* **Alfresco Software, Inc.**

**McConnell Valdés LLC**
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-2631 / 250-5813
Fax: (787) 474-9201 / 474-9207

**Roberto C. Quiñones-Rivera**
USDC-PR No. 211512
rqc@mcvpr.com

**Eduardo A. Zayas-Marxuach**
USDC-PR No. 216112
ezm@mcvpr.com
