IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>  Plaintiff,<br><br>ALFRESCO SOFTWARE, INC.; *et. al.*,<br><br>  Defendants. | CIVIL NO. 11-cv-1840 (GAG) |

## APPLICATION FOR ADMISSION PRO HAC VICE

Comes now, Timothy C. Meece, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Banner & Witcoff, LTD, with offices at:

> Ten South Wacker Drive
> Suite 3000
> Chicago, IL 60606-7407
> Email: TMeece@bannerwitcoff.com
> Tel: 312-463-5000 / Fax: 312-463-5001

2. Applicant will sign all pleadings with the name Timothy C. Meece.

3. Applicant has been retained personally or as a member of the above-named firm by Lexmark International, Inc. ("Lexmark") to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1995, applicant has been and presently is a member in good standing of the bar of the highest court of the State of Illinois, where applicant regularly practices law. Applicant's Illinois bar license number is 6226967.

5. Applicant has been admitted to practice before the following courts:

1

| Court: | Admission Date: |
|---|---|
| Supreme Court of Illinois | 1995 |
| U.S. Court of Appeals for the Federal Circuit | 1996 |
| U.S. District Court for the Northern District of Illinois | 5/26/1995 |
| U.S. District Court for the Northern District of Illinois, Trial Bar | 4/22/1999 |
| U.S. District Court for the Eastern District of Wisconsin | 7/25/2000 |
| U.S. District Court for the Eastern District of Michigan | 1/21/2004 |

6.  Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.  Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.  Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.  Local counsel of record associated with applicant in this matter is:

> Tomás Román-Santos
> USDC – PR No. 219806
> Fiddler González & Rodríguez, PSC
> PO Box 363507
> San Juan, PR  00936-3507
> Email:  taroman@fgrlaw.com
> Tel: 787-759-3291 / Fax: 787-759-3109

10. Applicant has read the local rules of the court and will comply with same.

11. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide, in part, that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each

new case before the Court. Payment of the *pro hac vice* admission fee is paid simultaneously with this application.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Chicago, Illinois this 1st day of November, 2011.

                                      Timothy C. Meece

                                     s/ *Timothy C. Meece*

                                      Ten South Wacker Drive
                                      Suite 3000
                                      Chicago, IL 60606-7407
                                      Email: TMeece@bannerwitcoff.com
                                      Tel: 312-463-5000 / Fax: 312-463-5001

## LOCAL RULE 83A(f) CERTIFICATION AND CERTIFICATE OF SERVICE

I HEREBY CERTIFY, pursuant to Local Rule 83A(f), that I consent to the designation of local counsel of record for all purposes. I further certify that I have electronically filed this document, along with the $150.00 *pro hac vice* fee, with the Court via CM/ECF, which will send electronic notification of the filing to all attorneys of record.

In San Juan, Puerto Rico, this 1st day of November, 2011.

                                      *s/Tomás A. Román-Santos*
                                      Tomás A. Román-Santos
                                      USDC-PR Bar No. 219806
                                      E-mail: taroman@fgrlaw.com

                                      Fiddler González & Rodríguez, PSC
                                      PO Box 363507
                                      San Juan, PR  00936-3507
                                      Tel: 787-759-3291 Fax: 787-759-3109

## **ORDER**

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

[ ]   the application be granted.  The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

[ ]   the application be denied.  The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, 2011.

_____
U.S. DISTRICT COURT JUDGE