IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; et al.,<br><br>            Defendants. | Civil No.: 3:11-cv-01840-GAG<br><br>**HEWLETT-PACKARD COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

Specially appearing by and through its attorneys, without submitting to the jurisdiction or venue of this forum nor waiving any other defense and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Hewlett-Packard Company ("HP") states that it has no parent corporation. No publicly held corporation owns 10% or more of Hewlett-Packard Company's stock. HP identifies the following subsidiaries or affiliates that have issued shares to the public: Autonomy Corporation plc (in which HP controls a majority of the shares), Japan Systems Corporation Limited, and MphaSis Limited.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of November, 2011.

I CERTIFY that today, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

| | |
|---|---|
| J. Christopher Carraway (admitted *pro hac vice*)<br>Scott E. Davis (admitted *pro hac vice*)<br>Derrick W. Toddy (admitted *pro hac vice*)<br>John D. Vandenberg (admitted *pro hac vice*)<br>**KLARQUIST SPARKMAN, LLP**<br>One World Trade Center<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>Telephone: (503) 595-5300<br><br>*Attorneys for Defendant Hewlett-Packard Co.* | By: */s/ Tomás A. Román-Santos*<br>    Tomás A. Román-Santos<br>    USDC-PR No. 219806<br>**FIDDLER GONZÁLEZ & RODRÍGUEZ, PSC**<br>254 Muñoz Rivera Ave., 6th Floor<br>Hato Rey, Puerto Rico 00918<br>Telephone: (787) 759-3291<br>taroman@fgrlaw.com<br><br>*Attorneys for Defendant Hewlett-Packard Co.* |

#856961.1