IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br>                Plaintiff,<br><br>      v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; et al.,<br>                Defendants. | Civil No.: 3:11-cv-01840-GAG<br><br>**MICROSOFT CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Specially appearing by and through its attorneys, without submitting to the jurisdiction or venue of this forum nor waiving any other defense and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Microsoft Corporation states that it has no parent corporation or any subsidiary or affiliate that has issued shares to the public.  No publicly held corporation owns 10% or more of Microsoft Corporation's stock.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of November, 2011.

I CERTIFY that today, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

| | |
|---|---|
| J. Christopher Carraway (admitted *pro hac vice*)<br>Scott E. Davis (admitted *pro hac vice*)<br>Derrick W. Toddy (admitted *pro hac vice*)<br>John D. Vandenberg (admitted *pro hac vice*)<br><br>**KLARQUIST SPARKMAN, LLP**<br>One World Trade Center<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon  97204<br>Telephone:  (503) 595-5300<br><br>*Attorneys for Defendant Microsoft Corporation* | By: */s/ Tomás A. Román-Santos*<br>     Tomás A. Román-Santos<br>     USDC-PR No. 219806<br>**FIDDLER GONZÁLEZ & RODRÍGUEZ, PSC**<br>254 Muñoz Rivera Ave., 6th Floor<br>Hato Rey, Puerto Rico 00918<br>Telephone:  (787) 759-3291<br>taroman@fgrlaw.com<br><br>*Attorneys for Defendant Microsoft Corporation* |

#856963.1