IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>  Plaintiff,<br><br>v.,<br><br>ALFRESCO SOFTWARE, INC.; *et al.*,<br><br>  Defendants. | CIVIL NO. 11-1840 (GAG) |

### NUXEO'S CORPORATE DISCLOSURE STATEMENT

Specially appearing by and through its attorneys, without submitting to the jurisdiction or venue of this forum nor waiving any other defense and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Nuxeo Corporation states that it is a fully owned subsidiary of Nuxeo SA which is a privately held French corporation. As such, Nuxeo Corporation is a totally private company.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of November, 2011.

I CERTIFY that today, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

| | |
|---|---|
| Karen I. Boyd (admitted *pro hac vice*)<br>James W. Beard (admitted *pro hac vice*)<br><br>**Turner Boyd LLP**<br>2570 El Camino Real, Suite 380<br>Mountain View, CA  94040<br><br>*Attorneys for Defendant Nuxeo Corporation* | By: */s/ Tomás A. Román-Santos*<br>Tomás A. Román-Santos<br>USDC-PR No. 219806<br>**FIDDLER GONZÁLEZ & RODRÍGUEZ, PSC**<br>254 Muñoz Rivera Ave., 6th Floor<br>Hato Rey, Puerto Rico 00918<br>Telephone:  (787) 759-3291<br>taroman@fgrlaw.com<br><br>*Attorneys for Defendant Nuxeo Corporation* |

#856964.1