IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **INGENIADOR, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKGOARD, INC.; BRIDGELINE DIGITAL, INC..; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC. dba LASERFICHE; LEXMARK INTERNATIONAL, INC.; MICROSFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; and SPRINGCM INC.**, <br><br> Defendants. | No. 3:11-CV-01840-GAG <br><br> Judge Gustavo A. Gelpi |

## LEXMARK'S CORPORATE DISCLOSURE STATEMENT

Specially appearing by and through its attorneys, without submitting to the jurisdiction or venue of this forum nor waiving any other defense and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Lexmark International, Inc. ("Lexmark") makes the following corporate disclosure: Lexmark does not have a parent corporation, and no publicly held corporation owns 10% or more of Lexmark's stock.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 2nd day of November, 2011.

- 2 -

I CERTIFY that today, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

By: */s/ Tomás A. Román-Santos*
Tomás A. Román-Santos
USDC-PR No. 219806

FIDDLER, GONZÁLEZ & RODRÍGUEZ, PSC
P. O. Box 363507
San Juan, PR 00936-3507
Tel. (787) 759-3291 / Fax: (787) 759-3109
E-mail: taroman@fgrlaw.com

Timothy C. Meece (admitted *pro hac vice*)
Bryan Medlock, Jr. (admitted *pro hac vice*)
Jason S. Shull (admitted *pro hac vice*)
Audra Eidem-Heinze (admitted *pro hac vice*)
Banner & Witcoff LLP
10 South Wacker, Suite 3000
Chicago, Illinois 60606
Tel. (312) 463-5000/Fax. (312) 463-5001
E-mail:  tmeece@bannerwitcoff.com
         bmedlock@bannerwitcoff.com
         jshull@bannerwitcoff.com
         aheinze@bannerwitcoff.com

Attorneys for Defendant
Lexmark International, Inc.

#856966.1