IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>**Plaintiff**<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; SPRINGCM, INC.<br>**Defendant** | CIVIL NO. 11-1840 (GAG) |

## APPLICATION OF WARREN STRAMIELLO
## FOR ADMISSION *PRO HAC VICE*

Comes now, Warren Anthony Stramiello, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, NY 10019, e-mail: wstramiello@paulweiss.com, Tel: (212) 373-3786; Fax: (212) 492-0786.

2. Applicant will sign all pleadings with the name Warren Stramiello.

3. Applicant has been retained personally or as a member of the above-named firm by SAP America, Inc. to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since March, 2008, applicant has been and presently is a member in good standing of

the bar of the court of the state of New York, where applicant regularly practices law. Applicant's bar license number is: 4572061.

5. Applicant has been admitted to practice before the following courts:

    a) Southern District of New York

    b) Eastern District of New York

6. Applicant is a member in good standing of the bars of the courts listed in Paragraph 5 above.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. Applicant has not filed for pro hac vice admission in the United States District Court for the District of Puerto Rico.

10. I am associated with the following local counsel of record:

Oreste R. Ramos (USDC PR 216801)
Alejandro Febres-Jorge (USDC PR 228403)
Pietrantoni Méndez & Alvarez LLC
Popular Center 19th Floor
208 Ponce de León Ave.
San Juan, PR 00918
Tel. (787) 274-1212 Fax (787)274-1470

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the

provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a credit card payment.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Dated: November 2, 2011

_____
Warren Stramiello

WE HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Dated: November __, 2011

_____
Oreste R. Ramos

_____
Alejandro Febres-Jorge

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the $150.00 pro hac vice admission fee.

_____
Warren Stramiello

3

WE HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Dated: November 3, 2011.

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
*Attorneys for SAP America, Inc.*
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico 00918
Tel: (787) 274-1212
Fax: (787) 274-1470


**S/ ORESTE R. RAMOS**
Oreste R. Ramos
USDC-PR No. 216801
oramos@pmalaw.com

**S/ ALEJANDRO FEBRES-JORGE**
afebres@pmalaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>**Plaintiff**<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.;<br>INTERWOVEN, INC.; BLACKBOARD, INC.;<br>EMC CORPORATION; HEWLETT-<br>PACKARD COMPANY; INFORMATICA<br>CORPORATION; COMPULINK<br>MANAGEMENT CENTER, INC.;<br>MICROSOFT CORPORATION; NUXEO<br>CORPORATION; OBJECTIVE<br>CORPORATION USA, INC.; ORACLE<br>CORPORATION; SAP AMERICA, INC.; SDL<br>TRIDION, INC.; SPRINGCM, INC.<br>**Defendant** | **CIVIL NO. 11-1840 (GAG)** |

### ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that the application be GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2011.

_____
Gustavo A. Gelpí
U.S. DISTRICT JUDGE