IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>    Plaintiff,<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; MUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM INC.,<br><br>    Defendants. | Civil Action No. 3:11-cv-01840-GAG |

## ORACLE CORPORATION'S CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

COMES NOW defendant Oracle Corporation, through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, certifies that it is a private non-governmental party, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock. Oracle Corporation has two foreign affiliates that are publicly-traded foreign corporations: Oracle Corporation Japan (in Japan) and Oracle Financial Services Software Limited (in India).

WHEREFORE, Oracle Corporation respectfully requests that the Honorable Court take note of the above.

Respectfully submitted, in San Juan, Puerto Rico, this 3rd day of November, 2011.

1

/s/ Roberto C. Quiñones-Rivera
Roberto C. Quiñones-Rivera (211512)
rcq@mcpvr.com
McCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-2631
Fax: 787-474-9201

*Attorneys for Defendant Oracle Corporation*

OF COUNSEL:

Douglas E. Lumish (*pro hac to be submitted*)
Jeffrey G. Homrig (*pro hac to be submitted*)
Joseph B. Shear (*pro hac to be submitted*)
Kasowitz, Benson, Torres & Friedman LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Tel: 415-421-6140
Fax: 415-398-5030
DLumish@kasowitz.com
jhomrig@kasowitz.com
jshear@kasowitz.com

Patricia Young (*pro hac to be submitted*)
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
Tel: 212-506-1952
Fax: 212-506-1800
pyoung@kasowitz.com