IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC; BLACKBOARD, INC.; BRIDGELINE DIGITAL, Inc.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM INC. <br><br> Defendants. | Civil Action No. 3:11-cv-01840-GAG |

## DECLARATION OF ANA T. CRUZ
## UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Ana T. Cruz, declare under penalty of perjury as follows:

1. I am a paralegal with O'Neill & Borges, a law firm that has appeared as local counsel of record for EMC Corporation ("EMC") in the above-captioned action. I submit this declaration in support of EMC Corporation's Motion To Dismiss For Improper Joinder or, in the Alternative, to Sever and Transfer Claims to the United States District Court for the Northern District Of California, filed concurrently herewith.

1

Except as to matters specifically stated to be on information and belief, I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. On October 24, 2011, I personally went to the Puerto Rico Department of State, where I requested and obtained a simple copy of the Certificate of Formation of Ingeniador, LLC, a limited liability company, organized in the Commonwealth of Puerto Rico on September 7, 2010.

3. Attached hereto as Exhibit A is a copy of the document that was provided to me.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, on November 2, 2011.

By: _____
Ana T. Cruz



DB-RC-15-01-08



Estado Libre Asociado de Puerto Rico
*Commonwealth of Puerto Rico*
**DEPARTAMENTO DE ESTADO**
*Department of State*

DEPTO. DE ESTADO
RADICACION DE DOCUMENTOS
CUS-SAN JUAN

2010 SEP -7 PM 3: 28

**CERTIFICADO DE ORGANIZACIÓN
DE UNA COMPAÑÍA DE RESPONSABILIDAD LIMITADA**
*CERTIFICATE OF FORMATION
OF A LIMITED LIABILITY COMPANY*

**PRIMERO:** El nombre de la compañía de responsabilidad limitada es:
*FRIST: The name of the limited liability company is:*

_Ingeniador, LLC_

El nombre deberá incluir uno de los siguientes términos o designaciones: "Compañía de Responsabilidad Limitada", "C.R.L.", "CRL".
*The name must include one of the following terms or designations: "Limited Liability Company", "L.L.C.", "LLC".*

**SEGUNDO:** La dirección de la oficina designada (incluya calle, número y municipio) en el Estado Libre Asociado es:
*SECOND: The physical and mailing address of the main office (include street, number and municipality) in Commonwealth is:*

Física/Physical: _1607 Calle Colon #101_
_San Juan, PR 00911_

Postal/Mailing: _1607 Calle Colon #101_
_San Juan, PR 00911_

El Agente Residente a cargo de dicha oficina es:
*The Resident Agent in charge of said office is:*

_Marcos Polanco_

**TERCERO:** La naturaleza de los negocios o propósitos de la compañía son:
*THIRD: The nature of the business or purposes of the company are:*

_Investigación y Desarrollo Tecnológico y científico, manejo de propiedad intelectual, y cualquier negocio lícito permitido bajo las leyes de Puerto Rico._

**CUARTO:** El nombre y la dirección postal y física (incluyendo calle, número y municipio) de cada una de las personas autorizadas a presentar este documento es:
*FOURTH: The name and the physical and mailing address (include street, number and municipality) of each authorized person(s) is:*

_Marcos Polanco_  ← postal y física
_1607 Calle Colon #101_
_San Juan, PR 00911_

**QUINTO:** Si las facultades de la(s) persona(s) autorizada(s) habrán de terminar al radicarse el certificado de organización, los nombres y las direcciones (incluyendo calle, número y municipio) de las personas que se desempeñarán como administradores de la compañía hasta la primera reunión anual de los miembros o hasta que sus sucesores los reemplacen son:
*FIFTH: If the faculties of the authorized person(s) will end upon the filing of the certificate of formation, the names and addresses (including street, number and municipality) of the persons who will act as administrators until the first meeting of the members or until their successors replace them are:*

_No terminarán_

**SEXTO:** El término de existencia de la compañía de responsabilidad limitada será:
*SIXTH: The term of existence of the limited liability company will be:*

✗ Indefinido   ___ Perpetuo   ___ Fecha Específica: _____
*Indefinite       Perpetuad          Specific Date:*

Favor de indicar con una "X" la fecha en que la compañía tendrá vigencia:
*Please indicate with an "X" the date on which the company will be effective:*

✗ la fecha de radicación
   *the filing date*

___ la siguiente fecha _____ (que no excederá noventa (90) días a partir de la fecha de radicación)
      *the following date       (which will not exceed ninety (90) days from filing date)*

Véase el párrafo B del Artículo 1.02 de la Ley General de Corporaciones de 1995 para otras cláusulas opcionales.
*For other optional clauses, see paragraph B of Article 1.02 of the General Corporation Law of 1995.*

**EN TESTIMONIO DE LO CUAL,** Yo/Nosotros, _Marcos Polanco_,
el/los suscribiente(s), siendo la(s) personas autorizada(s) antes señalada(s), con el propósito de formar una compañía de responsabilidad limitada conforme a la Ley General de Corporaciones de Puerto Rico, juro/juramos que los datos contenidos en este certificado son ciertos, hoy día _7_ del mes _septiembre_ del año _2010_.
*IN WITNESS WHEREOF, I/We, _____,
the undersigned being the authorized person(s) hereinbefore named, for the purpose of forming a limited liability company pursuant to the General Corporation Law of Puerto Rico of 1995, hereby swear that the facts herein stated are true, this ___ day of _____, _____.*

Persona(s) Autorizada(s)
*Authorized Person(s)*

Correo electrónico de la entidad: _mjpolanco@gmail.com_
*Entity's e-mail:*

Cifra de Ingreso:
Account Code:
4391 $50.00
4392 $30.00
$80.00

Para incluir contenido adicional, utilice Anejo A. Para incluir firmas adicionales utilice Anejo B.
*Use Addendum A to include additional content. Use Addendum B to include additional signatures.*