IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC, | Civil Action No. 3:11-cv-01840-GAG |
| Plaintiff, | |
| v. | |
| ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC., BRIDGELINE DIGITAL, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; AND SPRINGCM, INC., | |
| Defendants. | |

### APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

Comes now, Theodore S. Maceiko, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Maceiko IP, with offices at

   3770 Highland Avenue, Suite 207
   Manhattan Beach, California 90266
   E-mail:       ted@maceikoip.com
   Telephone:    310-545-3311
   Facsimile:    310-545-3344

2. Applicant will sign all pleadings with the name Theodore S. Maceiko.

3. Applicant has been retained personally or as a member of the above-named firm by Compulink Management Center, Inc. to provide legal representation in connection with the

above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since 1991, Applicant has been and presently is a member in good standing of the bar of the highest court of the State of California, where Applicant regularly practices law. Applicant's bar license number is 150211.

5. Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
| --- | --- |
| Central District of California | January 1991 |
| District of Colorado | May 2000 |

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

| Date of Application: | Case Number and Style: |
| --- | --- |

10. Local counsel of record associated with Applicant in this matter is:

Roberto C. Quiñones
PR Bar No. 211512
McConnell Valdés LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico
E-mail: rcq@mcvpr.com
Telephone: 787-250-2631
Facsimile: 787-474-9201

11. Applicant has read the local rules of this Court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee is attached hereto in the form of a check or money order payable to: "Clerk, U.S. District Court."

WHEREFORE, Applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date: November 7, 2011

Theodore S. Maceiko
Printed Name of Applicant

*[signature]*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date: 11/8/11

Roberto C. Quiñones
Printed Name of Local Counsel

*[signature]*
Signature of Local Counsel

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the original upon the Clerk of Court accompanied by a $150.00 pro hac vice admission fee.

_____
Signature of Applicant

ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

☐  the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

☐  the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____
U.S. DISTRICT JUDGE