IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALFRESCO SOFTWARE, INC.; *et al*.,<br><br>    Defendants | Civil Action No. 11-cv-01840-GAG |

### INFORMATICA CORPORATION'S NOTICE OF PARTIAL JOINDER IN DEFENDANT EMC'S MOTION TO DISMISS OR SEVER FOR IMPROPER JOINDER

TO THE HONORABLE COURT:

Defendant Informatica Corporation ("Informatica") hereby partially joins Defendant EMC's Motion to Dismiss (Docket No. 99) due to the improper joinder of unrelated defendants pursuant to Fed. R. Civ. P. 20 and 21 (hereafter the "EMC Misjoinder Motion"), and the arguments and authorities found therein.

Informatica respectfully requests that the Court dismiss Informatica from this case, or sever the claims against Informatica, because joinder of defendants here is improper, for the reasons set forth in Sections III and IV of the EMC Misjoinder Motion.

In the alternative to dismissal, the EMC Misjoinder Motion seeks severance of the claims against EMC and transfer of those claims against EMC to the Northern District of California. While Informatica joins the EMC Misjoinder Motion to the extent that it seeks the alternative remedies of dismissal or severance of the misjoined claims against the sixteen unrelated defendants, Informatica does not at this time seek transfer of the claims against it if the Court severs those claims, though it may do so at a later date. Thus, Informatica does not join in EMC's arguments in Section V of the motion regarding transfer.

Respectfully submitted.

In San Juan Puerto Rico, this 9th Day of November, 2011.

        FOR INFORMATICA CORPORATION

/s/ Diego A. Ramos
Diego A. Ramos (Bar No. 127513)
FIDDLER, GONZALEZ & RODRIGUEZ, PSC
P. O. Box 363507
San Juan, P. R. 00936-3507
Tel. 787-759-3162
Fax 787-759-3123
e-mail: dramos@fgrlaw.com

Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
John P. Bovich (SBN 150688)
Email: jbovich@reedsmith.com
Jonah D. Mitchell (SBN 203511)
Email: jmitchell@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Tel.: 415-543-8700
Fax: 415-391-8269