IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>ALFRESCO SOFTWARE, INC., et al.<br><br>  Defendants. | Case No. 11-cv-1840-GAG |

**APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE**

Comes now, Seth B. Herring, applicant herein and respectfully states:

1. Applicant is an attorney and a member of the law firm of Reed Smith LLP, with offices at:

| Address | Reed Smith LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659 |
|---|---|
| Email | sherring@reedsmith.com |
| Telephone No. | (415) 543-8700 |
| Fax No. | (415) 391-8269 |

2. Applicant will sign all pleadings with the name Seth B. Herring.

3. Applicant has been retained personally or as a member of the above-named firm by Defendant Informatica Corporation to provide legal representation in connection with the above-styled matter now pending before the U. S. District Court for the District of Puerto Rico.

4. Since December 7, 2007, applicant has been and presently is a member in good

standing of the bar of the highest court of the State of California, where applicant regularly practices law. Applicant's bar license number is 253907.

5. Applicant has been admitted to practice before the following courts:

Court | Admission Date:
--- | ---
California Supreme Court | December 7, 2007
United States Court of Appeals, Ninth Circuit | March 3, 2008
United States District Court for the Northern District of California | March 19, 2008
United States District Court for the Central District of California | January 12, 2010

6. Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9. During the past three years, applicant has filed for pro hac vice admission in the United States District Court for the District of Puerto Rico, in the following matters:

Date of Application | Case Number and Style:
--- | ---
N/A |

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Diego A. Ramos |
| USDC-PR Bar No. | 127513 |
| Address | FIDDLER, GONZALEZ & RODRIGUEZ, PSC<br>P.O. Box 363507<br>San Juan, P. R. 00936-3507 |
| Email | dramos@fgrlaw.com |
| Telephone No. | 787-759-3162 |
| Fax No. | 787-759-3109 |

11. Applicant has read the local rules of this court and will comply with same.

12. Applicant has read Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing pro hac vice must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the pro hac vice admission fee was paid electronically.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

DATED this the 8th day of November, 2011.

Seth B. Herring
Printed Name of Applicant

*/s/ Seth B. Herring*
Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation of local counsel of record for all purposes.

Date:  November 9, 2011

                                               Diego A. Ramos
                                               Printed Name of Local Counsel

                                               */s/ Diego A. Ramos*
                                               Signature of Local Counsel

I CERTIFY that on this same date, I presented the foregoing to the Clerk of the court for filing and uploading to the CM/ECF system which will send an automatic electronic notification of such filing to all counsel of record.

*/s/ Diego A. Ramos*  
Signature Local Counsel

---

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that:

- o   the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

- o   the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this _____ day of _____, _____.

_____  
US DISTRICT JUDGE