IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR LLC, | * |
| Plaintiff, | * |
| v. | * |
| | * CIVIL CASE NO. 11-1840 (GAG) |
| INTERWOVEN, INC., et al. | * |
| Defendants. | * |
| _____ | * |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

The Clerk of the Court shall enter my appearance on behalf of Defendant **SpringCM, Inc.**. I certify that I am admitted to practice before this Honorable Court.

**RESPECTFULLY SUBMITTED**.

**IT IS HEREBY CERTIFIED** that on this same date the foregoing was filed by uploading to the CM/ECF system, which will send automatic notices to the attorneys of record.

In San Juan, Puerto Rico, this 14$^h$ day of November, 2011.

**GOLDMAN ANTONETTI & CORDOVA, PSC**
Attorneys for Defendant SpringCM, Inc.
P.O. Box 70364
San Juan, Puerto Rico 00936-8364
Tel. (787) 759-4139, 759-4134
Fax  (787) 474-2417, 474-2423

S/ Mariana Negrón-Vargas
USDC-PR No. 215309
mnegron@gaclaw.com