IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>**Plaintiff**<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; SPRINGCM, INC.<br><br>**Defendants.** | **CIVIL NO.** 11-1840 (GAG) |

### APPLICATION OF ANNAKA NAVA
### FOR ADMISSION *PRO HAC VICE*

TO THE HONORABLE COURT:

COMES NOW, Annaka Nava, applicant herein and respectfully states:

1. Applicant is an attorney and an employee of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 2001 K Street, NW, Washington, D.C. 20006-1047, e-mail: anava@paulweiss.com, Tel: (202) 223-7309; Fax: (202) 204-7399.

2. Applicant will sign all pleadings with the name Annaka Nava.

3. Applicant has been retained personally or as a member of the above-named firm by SAP America, Inc. to provide legal representation in connection with the above-styled matter now

pending before the United States District Court for the District of Puerto Rico.

4. Since February 19, 2010, applicant has been and presently is a member in good standing of the bar of New York, and applicant's registration number is 4794145. Since January 7, 2011, applicant has been and presently is a member in good standing of the bar of the District of Columbia, where applicant regularly practices law. Applicant's District of Columbia bar license number is 998789.

5. Applicant is not currently suspended from the practice of law before any court or jurisdiction.

6. Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

7. Applicant has not previously filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico.

8. Applicant is associated with the following local counsel of record:

> Oreste R. Ramos (USDC PR 216801)
> Alejandro Febres-Jorge (USDC PR 228403)
> Pietrantoni Méndez & Alvarez LLC
> Popular Center 19th Floor
> 208 Ponce de León Ave.
> San Juan, PR 00918
> Tel: (787) 274-1212; Fax: (787)274-1470

9. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico and will comply with same.

10. In accordance with the Local Rules of this Court, payment of the *pro hac vice* admission fee of $150 is attached hereto in the form of a credit card payment.

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 18th day of November 2011.

                                                s/*Annaka Nava*_____
                                                Annaka Nava

WE HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that we consent to the designation of local counsel of record for all purposes.

Dated: November 18, 2011

                                                  **S/ ORESTE R. RAMOS**
                                                Oreste R. Ramos
                                                USDC-PR No. 216801
                                                oramos@pmalaw.com

                                                **S/ ALEJANDRO FEBRES-JORGE**
                                                Alejandro Febres-Jorge
                                                USDC-PR No. 228403
                                                afebres@pmalaw.com

I HEREBY CERTIFY that I have served a true and correct copy of this document upon each attorney of record and the $150.00 pro hac vice admission fee.

                                                **S/ ALEJANDRO FEBRES-JORGE**
                                                Alejandro Febres-Jorge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>**Plaintiff**<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; SPRINGCM, INC.<br><br>**Defendants.** | **CIVIL NO**. 11-1840 (GAG) |

## ORDER

The Court, having considered the above Application for Admission Pro Hac Vice, orders that the application be GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this ____ day of _____, 2011.

_____
Gustavo A. Gelpí
U.S. DISTRICT JUDGE