IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>**Plaintiff**<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; SPRINGCM, INC.<br><br>**Defendants.** | **CIVIL NO**. 11-1840 (GAG) |

## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

COMES NOW, defendant SAP America, Inc. in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, certifies that:

1) SAP America, Inc.'s parent company is SAP AG, a German corporation with headquarters at Dietmar-Hopp-Allee 16, Walldorf, 69190, Germany.

2) No other publicly held corporation owns 10% or more of SAP America, Inc.'s stock.

WHEREFORE, SAP America, Inc. respectfully requests that this Honorable Court take notice of the foregoing.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, on this 18th day of November 2011.

It is hereby certified that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**PIETRANTONI MÉNDEZ & ÁLVAREZ LLC**
*Attorneys for SAP America, Inc.*
Popular Center, 19th Floor
208 Ponce de León Ave.
San Juan, Puerto Rico  00918
Tel:  (787) 274-1212
Fax: (787) 274-1470


**S/ ORESTE R. RAMOS**
Oreste R. Ramos
USDC-PR No. 216801
oramos@pmalaw.com

**S/ ALEJANDRO FEBRES-JORGE**
Alejandro Febres-Jorge
USDC-PR No. 228403
afebres@pmalaw.com


*Of Counsel*:

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

(*Pro Hac Vice* Applications to be filed in due course)

Kenneth A. Gallo, Esq.
David J. Ball, Jr., Esq.
Annaka Nava, Esq.
2001 K Street, NW, Washington, DC 20006-1047
(202) 223-7309 | (202) 204-7399 (Fax)

Warren A. Stramiello, Esq. (admitted *Pro Hac Vice*)
1285 Avenue of the Americas, New York, NY 10019-6064
(212) 373-3786  | (212) 492-0786 (Fax)