

# CASELLAS ALCOVER & BURGOS P.S.C.
## ATTORNEYS AT LAW

November 21, 2011

**Hand Delivery**

Hon. Gustavo A. Gelpí
Clemente Ruiz-Nazario U.S. Courthouse
150 Carlos Chardón Ave., CH-142
San Juan, PR 00918

       *Re: Ingeniador, LLC v. Alfresco
       Software, Inc., et al.,
       Civil No. 11-1840 (GAG)*

Dear Judge Gelpí:

  In compliance with the court's November 18, 2011 Order (Docket 145), I include Interwoven, Inc.'s "Motion to Dismiss for Lack of Personal Jurisdiction, Pursuant to Fed.R.Civ.P. 12(b)(2)," and "Notice of Joinder in Defendants Microsoft, Hewlett-Packard, EMC, Nuxeo, Informatica, Oracle and SAP America's Joint Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(6)."

              Respectfully,

              Manuel A. Pietrantoni

C: All counsel or record