IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>  Plaintiff,<br><br>v.,<br><br>ALFRESCO SOFTWARE, INC.; *et al.*,<br><br>  Defendants. | CIVIL NO. 11-1840 (GAG) |

**STIPULATED MOTION BETWEEN PLAINTIFF INGENIADOR AND DEFENDANT OBJECTIVE FOR AN EXTENSION OF TIME TO PLEAD**

**TO THE HONORABLE COURT:**

APPEAR NOW the co-defendant named in the complaint as "**Objective Corporation USA, Inc.**" **("Objective")**, specially appearing by and through its attorneys, without submitting to the jurisdiction or venue of this forum nor waiving any other defense, and Plaintiff Ingeniador, LLC ("Ingeniador"), and hereby very respectfully state and request as follows:

1. Objective's deadline to file an answer or otherwise plead expires today. See, Docket No. 136.

2. The appearing parties are considering alternatives that could limit or simplify the controversies between them regarding the above captioned case. Thus, Objective approached Ingeniador to secure an additional extension **until December 23, 2011**, if it then becomes necessary for Objective to file an answer or otherwise plead. Ingeniador has no objection and has agreed to it.

**Stipulated Request for Enlargement of Time**
Ingeniador LLC v. Alfresco Software, Inc., et al.
Civil No. 11-1840 (GAG)
Page 2 of 2

---

3.   This stipulation shall not constitute a waiver of any other objection, claim, or defense, including those regarding venue or jurisdiction that Objective might raise when answering or otherwise pleading to Ingeniador's Complaint.

**WHEREFORE**, it is requested from this Honorable Court to grant Objective the agreed upon extension until Friday, December 23, 2011, to respond or otherwise plead to Ingeniador's Complaint.

I CERTIFY that today, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send electronic notification of such filing to plaintiff's counsel.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 12th day of December, 2011.

**FIDDLER, GONZÁLEZ & RODRÍGUEZ, PSC**
P. O. Box 363507
San Juan, PR  00936-3507
Tel. (787) 759-3291 / Fax: (787) 759-3109

*/s/ Tomás A. Román-Santos*
Tomás A. Román-Santos
USDC-PR No. 219806
E-mail: taroman@fgrlaw.com

*Of Counsel:*

**Karen I. Boyd, Esq.**
**Turner Boyd LLP**
2570 El Camino Real, Suite 380
Mountain View, CA  94040

#860958.1