IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC, <br><br> Plaintiff, <br><br> v., <br><br> ALFRESCO SOFTWARE, INC., *et al.*, <br><br> Defendants. | CIVIL NO. 11-1840 (GAG) |

**MOTION FOR CLARIFICATION ON GRANTED EXTENSION OF TIME TO REPLY**

**TO THE HONORABLE COURT:**

Defendants Microsoft Corporation ("Microsoft"), Hewlett-Packard Company ("HP"), EMC Corporation ("EMC"), Nuxeo Corporation ("Nuxeo"), Informatica Corporation ("Informatica"), Oracle Corporation ("Oracle"), SAP America, Inc. ("SAP America"), Lexmark International, Inc. ("Lexmark"), Blackboard Inc. ("Blackboard"), Interwoven, Inc. ("Interwoven"), SDL Tridion, Inc. ("SDL Tridion"), Alfresco Software, Inc. ("Alfresco"), Compulink Management Center, Inc. ("Compulink"), and SpringCM ("SpringCM") (hereafter the "Moving Defendants"),[1] respectfully state and pray as follows:

1. On December 20, 2011, the Moving Defendants filed a motion for leave to reply and for an extension until January 20th, 2012. See, Docket No. 173. The Court granted leave and the extension requested but only until January 15th, 2012. See, Docket No. 174.

2. Nevertheless, the 15th of January falls on a Sunday and Monday, January 16th is Dr. Martin Luther King, Jr.'s holiday. To avoid any confusion regarding the actual deadline for filing, pursuant to this Court's order, the Moving Defendants respectfully request that the extension for the filing of the replies be granted until Tuesday, January 17th, 2012.

---

[1] All defendants that have specially appeared in the instant matter hereby continue to do so without submitting to the jurisdiction or venue of the Court, and reserving any and all available defenses in law or fact.

**Motion for Clarification on Extension of Time**
Ingeniador LLC v. Alfresco Software, Inc., et al.
Civil No. 11-1840 (GAG)
Page 2 of 2

---

**WHEREFORE**, the Moving Defendants pray that this Court grant the extension for the filing of the replies to Plaintiff's motions in opposition (Docket Nos. 165, 166, 167 and 168) until **January 17th, 2012**.

**I CERTIFY** that today, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send electronic notification of such filing to all counsel of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of December, 2011.

**FIDDLER, GONZÁLEZ & RODRÍGUEZ, PSC**

**On behalf of and by authorization of the Moving Defendants**

P. O. Box 363507
San Juan, PR 00936-3507
Tel. (787) 759-3291
Fax: (787) 759-3109

*/s/ Tomás A. Román-Santos*
Tomás A. Román-Santos
USDC-PR No. 219806
E-mail: taroman@fgrlaw.com

#862433.1