**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| INGENIADOR, LLC | **CIVIL NO.** 11-1840 (GAG) |
| **Plaintiff** | |
| **v.** | |
| ALFRESCO SOFTWARE, INC.; INTERWOVEN, INC.; BLACKBOARD, INC.; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; COMPULINK MANAGEMENT CENTER, INC.; MICROSOFT CORPORATION; NUXEO CORPORATION; OBJECTIVE CORPORATION USA, INC.; ORACLE CORPORATION; SAP AMERICA, INC.; SDL TRIDION, INC.; SPRINGCM, INC. | |
| **Defendants** | |

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE COURT:

**COME NOW**, Ingeniador, LLC and SAP America, Inc. hereto, through their respective undersigned counsel, and respectfully allege and pray:

1.   The appearing parties, Ingeniador, LLC and SAP America, Inc., acting by and through counsel, do hereby stipulate that this action, including all claims, defenses and/or counterclaims brought, or which could have been brought, is hereby dismissed with prejudice as to SAP America, Inc., pursuant to a Patent License and Settlement

Agreement executed by the parties on December 23, 2011.  Each party shall bear its own attorneys' fees, expenses, and costs.

WHEREFORE, the parties hereby jointly request that the Honorable Court enter a final judgment dismissing the Complaint in the above-styled case with prejudice as to SAP America, Inc. and without the imposition of costs, interests or attorneys fees.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of December, 2011.

| | |
|---|---|
| **Ferraiuoli LLC** | **PIETRANTONI MENDEZ & ALVAREZ LLC** |
| *Attorneys for Ingeniador LLC* | *Attorneys for SAP America, Inc.* |
| 221 Plaza, 4th Floor | Popular Center, 19th Floor |
| 221 Ponce de León Avenue | 208 Ponce de León Ave. |
| San Juan, PR 00917 | San Juan, Puerto Rico  00918 |
| Tel.: (787) 766-7000 | Tel:  (787) 274-1212 |
| Fax: (787) 766-7001 | Fax: (787) 274-1470 |
| **S/EUGENIO J. TORRES-OYOLA** | **S/ ORESTE R. RAMOS** |
| Eugenio J. Torres-Oyola | Oreste R. Ramos |
| USDC No. 215505 | USDC-PR No. 216801 |
| etorres@ferraiuoli.com | oramos@pmalaw.com |
| | |
| | **S/ ALEJANDRO FEBRES-JORGE** |
| | Alejandro Febres-Jorge |
| | USDC-PR No. 228403 |
| | afebres@pmalaw.com |