# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**INGENIADOR, LLC,**

**Plaintiff,**

**v.**                                    **CIVIL NO. 11-1840 (GAG)**

**INTERWOVEN, INC., et al.,**

**Defendants.**

## PARTIAL JUDGMENT

Partial Judgment is hereby entered dismissing the claims against codefendant SAP America, Inc., with prejudice, pursuant to the order entered at Docket No. 178.

**SO ORDERED.**

In San Juan, Puerto Rico this 30th day of December, 2011.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge