IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.; BLACKBOARD, INC.; BRIDGELINE DIGITAL, INC.; COMPULINK MANAGEMENT CENTER, INC.; EMC CORP.; HEWLETT-PACKARD CO.; INFORMATICA CORP.; INTERWOVEN, INC.; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORP.; NUXEO CORP.; OBJECTIVE CORP. USA, INC.; ORACLE CORP.; SAP AMERICA, INC.; SDL TRIDION, INC.; and SPRINGCM, INC.,<br><br>Defendants. | Civil Case No. 11-1840 (GAG) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

TO THE HONORABLE COURT:

COMES NOW co-defendant, EMC Corporation ("EMC"), and through its undersigned counsel, respectfully requests that the Court take notice of the following:

1.    Yesterday, in further support of its motion seeking dismissal due to improper joinder or, in the alternative, for transfer (Docket No. 99), EMC filed two replies (Docket Nos. 183, 184).

2.      Attached is a decision handed down last Friday by another United States District Court that discusses the joinder of multiple defendants to a patent infringement action. *See Automated Tracking Solutions, LLC v. Awarepoint Corp.*, Civil No. 2:ll-cv-424 (E.D. Va. Jan. 13, 2012) (granting motion to dismiss under Rule 21 for improper joinder for failure to meet the permissive joinder requirements under Rule 20).

3.      The *Awarepoint* decision was not cited by EMC in yesterday's filings because it was not discovered until today.

4.      EMC believes that the *Awarepoint* decision may serve as an additional persuasive authority for the Court to consider in its evaluation of EMC's pending motion to dismiss.

5.      In the spirit of Fed. R. App. P. 28(j), therefore, EMC respectfully requests that this Honorable Court take notice of the *Awarepoint* decision.

WHEREFORE, EMC respectfully requests that this Honorable Court take notice of this supplemental persuasive authority.

I HEREBY CERTIFY that on this same date, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all attorneys of record.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this 18th day of January, 2012.

                O'NEILL & BORGES

                s/Salvador J. Antonetti-Stutts
                Salvador J. Antonetti-Stutts
                USDC-PR No. 215002
                santonetti@oneillborges.com
                Mauricio O. Muñiz-Luciano
                USDC-PR No. 220914
                mmuniz@oneillborges.com

                O'NEILL & BORGES
                American International Plaza
                250 Muñoz Rivera Avenue, Suite 800
                    San Juan, Puerto Rico 00918-1813
                    Tel. 787-764-8181

                    *Attorneys for Defendant*
                    *EMC Corporation*

*Of Counsel:*

ROPES & GRAY LLP
Jesse J. Jenner
Khue V. Hoang
Brandon H. Stroy
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9000