## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| INGENIADOR, LLC<br><br>　　　　　　*Plaintiff,*<br><br>v.<br><br>ALFRESCO SOFTWARE, INC.;<br>INTERWOVEN, INC; BLACKBOARD,<br>INC.; BRIDGELINE DIGITAL, INC.; EMC<br>CORPORATION; HEWLETT-PACKARD<br>COMPANY; INFORMATICA<br>CORPORATION; COMPULINK<br>MANAGEMENT CENTER, INC.;<br>LEXMARK INTERNATIONAL, INC.;<br>MICROSOFT CORPORATION; NUXEO<br>CORPORATION; OBJECTIVE<br>CORPORATION USA, INC.; ORACLE<br>CORPORATION; SAP AMERICA, INC.;<br>SDL TRIDION, INC.; AND SPRINGCM<br>INC.<br>　　　　　　*Defendants.* | CIVIL ACTION NO.: 3:11-cv-01840-GAG |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON PENDING MOTIONS**
**(D.I. 96, 99, 106, 107, 110, 111, 112, 114, 116, 117, 118, 129, 137, 139, 148, 153)**

This Court has before it several fully-briefed motions that have been made by the Defendants in this action.  (*See* D.I. 96, 99, 106, 107, 110, 111, 112, 114, 116, 117, 118, 129, 137, 139, and 153).  These docket entries correspond to essentially four motions being made by various combinations of the Defendants:

1. Motions to Dismiss Ingeniador's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) by Alfresco, Compulink, EMC, Hewlett-Packard, Informatica, Interwoven, Lexmark, Microsoft, Nuxeo, Oracle, SDL Tridion, and SpringCM  – D.I. 96, 111, 112, 114, 137, 139, 153.

   a. Ingeniador responsive brief at D.I. 165.

   b. Defendants' reply briefs at D.I. 182, 186, 189, 190, 191.

   c. Ingeniador sur-reply brief at D.I. 213.

2. Motions to Dismiss Ingeniador's Complaint pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction by Blackboard, Compulink, Interwoven, SDL Tridion, and SpringCM – D.I. 106, 110, 114, 116, 139.

   a. Ingeniador responsive brief at D.I. 167.

   b. Defendants' reply briefs at D.I. 185, 187, 188, 190, 191.

   c. Ingeniador sur-reply brief at D.I. 215.

3. Motions to Dismiss Ingeniador's Complaint for Improper Joinder or Sever by Alfresco, Blackboard, Compulink, EMC, Informatica, Hewlett-Packard, Lexmark, Microsoft, Oracle, SDL Tridion, and SpringCM – D.I. 99, 106, 107, 114, 117, 118, 129, 137, 139, 153.

   a. Ingeniador responsive brief at D.I. 168.

   b. Defendants' reply briefs at D.I. 184, 185, 189, 190, 191, 192, 194, 195.

   c. EMC Notice of Supplemental Authority at D.I. 202.

   d. Ingeniador sur-reply brief at D.I. 212.

4. Motions for Transfer by Compulink, EMC, and SpringCM – D.I. 99, 114, 117.

   a. Ingeniador responsive brief at D.I. 166.

   b. Defendants' reply briefs at D.I. 183, 191, 194, 195.

   c. Ingeniador sur-reply brief at D.I. 211.

These motions present numerous overlapping issues for this Court, many of which have been obscured by Ingeniador's briefing.  In order to have an opportunity to address the Court on these issues, and in order to minimize the risk of prejudice that may otherwise occur, Defendants respectfully request that this Court hear oral argument on the above referenced Motions.

The Defendants have conferred among themselves in an attempt to coordinate proposed dates for such a hearing.  In order to allow all interested Defendants to be present (avoiding pre-existing conflicts with cases pending in other districts), and to allow this Court to hear all four pending motion categories at once, the Defendants have collectively identified April 10, 2012 as a date for which all Defendants' counsel are available.  The Defendants will, of course, make every effort to coordinate, and would appear on any earlier or later date this Court may choose should it determine that a different date is more convenient.

Accordingly, Defendants respectfully request that this Court grant this Request for Oral Argument, and schedule hearing on the above referenced Motions.

RESPECTFULLY SUBMITTED

It is certified that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

In San Juan, Puerto Rico, this 14th day of February, 2012.

By: /s/ Salvador J. Antonetti Stutts

Salvador J. Antonetti Stutts
USDC-PR No. 215002
Mauricio O. Muñiz-Luciano
USDC-PR No. 220914
O'NEILL & BORGES
American International Plaza
250 Muñoz Rivera Avenue, Suite 800
San Juan, Puerto Rico 00918-1813
Tel. 787-764-8181
santonetti@oneillborges.com
mmuniz@oneillborges.com

ROPES & GRAY LLP
Jesse J. Jenner
Khue V. Hoang
Brandon H. Stroy
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036-8704
(212) 596-9000

*Attorneys for Defendant*
*EMC Corporation*

By: /s/ *Roberto C. Quiñones*

Roberto C. Quiñones
USDC-PR No. 211512
Eduardo A. Zayas-Marxuach
USDC-PR No. 216112
McCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico 00918
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Tel: (787) 250-5813
Fax: (787) 474-9207
rcq@mvpr.com
ezm@mcvpr.com

Steven Gardner (admitted *pro hac vice*)
E. Danielle Thompson Williams (admitted *pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON  LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101
(336) 607-7300
(336) 607-7500 (fax)
Email: sgardner@kilpatricktownsend.com
Email: dtwilliams@kilpatricktownsend.com

*Attorneys for Defendant*
*Alfresco Software, Inc.*

By: /s/ *Sonia I. Torres Pabón*

Sonia I. Torres Pabón
MELÉNDEZ TORRES LAW PSC
MCS Plaza, Suite 715
255 Ponce de Leon Avenue
San Juan, Puerto Rico  00917
(787) 281-8100

Michael S. Nadel
McDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C.  20005
(202) 756-8000

Christopher D. Bright
McDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue, Suite 500
Irvine, California  92612
(949) 757-7103

Jeremy T. Elman
McDERMOTT WILL & EMERY LLP
333 Avenue of the Americas, Suite 4500
Miami, Florida  33131
(305) 358-3500

*Attorneys for Defendant*
*Blackboard, Inc.*

By: /s/ Roberto C. Quiñones-Rivera

Roberto C. Quiñones-Rivera (No. 211512)
MCCONNELL VALDÉS LLC
270 Muñoz Rivera Avenue
Hato Rey, Puerto Rico
Telephone: 787-250-2631
Facsimile: 787-474-9201
E-mail: rcq@mcvpr.com

Robert C. Weiss
(admitted pro hac vice)
LEAD ATTORNEY
LAW OFFICES OF ROBERT C. WEISS
3770 Highland Avenue, Suite 203
Manhattan Beach, CA  90266
Telephone: 310-545-9854
Facsimile: 310-545-9853
E-mail: robertweiss@rcwlaw.com

Theodore S. Maceiko
(admitted pro hac vice)
MACEIKO IP
3770 Highland Avenue, Suite 207
Manhattan Beach, CA  90266
Telephone: 310-545-3311
Facsimile: 310-545-3344
E-mail: ted@maceikoip.com

*Attorneys for Defendant*
*Compulink Management Center, Inc.*

By: /s/ Manuel A. Pietrantoni

Manuel A. Pietrantoni
USDC-PR No. 219805
CASELLAS ALCOVER & BURGOS, P.S.C.
Popular Center Bldg., Suite 1400
208 Ponce de León Avenue
San Juan, Puerto Rico  00918
Tel.: 787.756.1400
Fax.: 787.756.1401
Email: mpietrantoni@cabprlaw.com

Bijal V. Vakil (pro hac vice)
(Cal. Bar No. 192878)
WHITE & CASE LLP
5 Palo Alto Square, 9th Floor
3000 El Camino Real
Palo Alto, CA  94306
Tel.:  650.213.0300
Fax:   650.213.8158
E-mail: bvakil@whitecase.com

Attorneys for Defendant
Interwoven, Inc.

By: /s/ *Diego A. Ramos*

Diego A. Ramos (Bar No. 127513)
FIDDLER, GONZALEZ & RODRIGUEZ, PSC
P. O. Box 363507
San Juan, P. R. 00936-3507
Telephone:  787-759-3162
Facsimile:  787-759-3123
E-mail: dramos@fgrlaw.com

Scott D. Baker (SBN 84923)
(Admitted *Pro hac vice*)
John P. Bovich (SBN 150688)
(Admitted *Pro hac vice*)
Jonah D. Mitchell (SBN 203511)
(Admitted *Pro hac vice*)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:  415-543-8700
Facsimile:  415-391-8269
Email: sbaker@reedsmith.com
Email: jbovich@reedsmith.com
Email: jmitchell@reedsmith.com

*Attorneys for Defendant*
*Informatica Corp.*

By: */s/ Tomás A. Román-Santos*

Tomás A. Román-Santos (Bar No. 219806)
FIDDLER GONZÁLEZ & RODRIGUEZ, PSC
254 Munoz Rivera Ave., 6th Floor
Hato Rey, Puerto Rico  00918
Telephone:  (787) 759-3291
E-mail:  taroman@fgrlaw.com

Timothy C. Meece (admitted *pro hac vice*)
Bryan Medlock, Jr. (admitted *pro hac vice*)
Jason S. Shull (admitted *pro hac vice*)
Audra Eidem-Heinze (admitted *pro hac vice*)
BANNER & WITCOFF LLP
10 South Wacker, Suite 3000
Chicago, Illinois 60606
Tel. (312) 463-5000/Fax. (312) 463-5001
tmeece@bannerwitcoff.com
bmedlock@bannerwitcoff.com
jshull@bannerwitcoff.com
aheinze@bannerwitcoff.com

*Attorneys for Defendant*
*Lexmark International, Inc.*

By:  _/s/ Tomás A. Román-Santos_

Tomás A. Román-Santos
USDC-PR No. 219806
FIDDLER GONZÁLEZ & RODRÍGUEZ, PSC
P. O. Box 363507
San Juan, PR  00936-3507
Telephone:  (787) 759-3291
Fax: (787) 759-3109
E-mail:  taroman@fgrlaw.com

Christopher Carraway (admitted *pro hac vice*)
Scott E. Davis (admitted *pro hac vice*)
Derrick W. Toddy (admitted *pro hac vice*)
John D. Vandenberg (admitted *pro hac vice*)
KLARQUIST SPARKMAN, LLP
One World Trade Center
121 S.W. Salmon Street, Suite 1600
Portland, Oregon  97204
Telephone:  (503) 595-5300
chris.carraway@klarquist.com
scott.davis@klarquist.com
derrick.toddy@klarquist.com
john.vandenberg@klarquist.com

*Attorneys for Defendants*
*Microsoft Corp. and Hewlett-Packard Co.*

By: /s/ Tomás A. Román-Santos

Tomás A. Román-Santos (Bar No. 219806)
FIDDLER GONZÁLEZ & RODRIGUEZ, PSC
254 Munoz Rivera Ave., 6th Floor
Hato Rey, Puerto Rico 00918
Telephone: (787) 759-3291
E-mail: taroman@fgrlaw.com

Karen I. Boyd (admitted *pro hac vice*)
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Palo Alto, California 94040
Tel. (650) 521-5930/Fax. (650) 521-5931
E-mail: boyd@turnerboyd.com

*Attorneys for Defendant*
*Nuxeo Corporation*

By: /s/ Roberto C. Quiñones-Rivera

Roberto C. Quiñones-Rivera (Bar No. 211512)
McCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, PR 00936-4225
Tel: 787-250-2631
Fax: 787-474-9201
rcq@mcpvr.com

Douglas E. Lumish (*admitted pro hac vice*)
Jeffrey G. Homrig (*admitted pro hac vice*)
Joseph B. Shear (*admitted pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065
Tel: 650-453-5170
Fax: 650-453-5171
dlumish@kasowitz.com
jhomrig@kasowitz.com
jshear@kasowitz.com

Patricia Young (*admitted pro hac vice*)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Tel: 212-506-1952
Fax: 212-506-1800
pyoung@kasowitz.com

Robert H. Sloss (*admitted pro hac vice*)
Oracle Corporation
500 Oracle Parkway
Redwood Shores, CA 94065
Tel: 650-607-1129
Fax: 650-506-7114
Bob.sloss@oracle.com

*Attorneys for Defendant*
*Oracle Corporation*

-12-

By:  /s/  Eric Pérez-Ochoa

ERIC PÉREZ-OCHOA
USDC-PR 206314
ADSUAR MUÑIZ GOYCO
SEDA & PÉREZ-OCHOA, P.S.C.
P.O. Box 70294
San Juan, PR 00936-8294
Tel: 787.756.9000
Fax: 787.756.9010
Email: epo@amgprlaw.com

Stuart C. Clark, Esq.
Admitted *Pro Hac Vice*
CARR & FERRELL, LLP
120 Constitution Drive
Menlo Park, CA 94025
Tel: (650) 812-3415
Fax: (650) 812-3444
Email: clark@carrferrell.com

*Attorneys for Defendant*
*SDL Tridion, Inc.*

By: /s/  Rossell Barrios

S/ROSSELL BARRIOS
USDC-P.R. # 200904
GOLDMAN ANTONETTI & CÓRDOVA, P.S.C.
P.O. Box 70364
San Juan, Puerto Rico  00936-8364
Tel: (787) 759-4139
Fax: (787) 474-2417
rbarrios@gaclaw.com

*Attorneys for Defendant*
*SpringCM Inc.*