IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **INGENIADOR, INC.**<br>    Plaintiff, | **CIVIL NUM.: 11-1840 (GAG)** |
| v. | **REQUEST FOR TRIAL BY JURY** |
| **ALFRESCO SOFTWARE, INC.; AUTONOMY CORPORATION; BLACKBOARD, INC.; BRIDGELINE DIGITAL; EMC CORPORATION; HEWLETT-PACKARD COMPANY; INFORMATICA CORPORATION; LASERFICHE; LEXMARK INTERNATIONAL, INC.; MICROSOFT CORPORATION; NUXEO; OBJECTIVE CORPORATION LIMITED; OPENTEXT CORPORATION; ORACLE CORPORATION; SAP AG; SDL; AND SPRINGCM.**<br>    Defendants | **PATENT INFRINGEMENT** |

## NOTICE OF APPEARANCE

COMES NOW, Plaintiff, Ingeniador, Inc., through the undersigned attorney and very respectfully, states and prays as follows:

The undersigned attorney, Maristella Collazo Soto, will be joining Plaintiff's attorneys in the above-captioned case. We respectfully request that copy of all motions, orders or any other documents and/or correspondence in this case be served through the CM/ECF system to the undersigned attorney.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the appearance of the undersigned, and that future notifications of any motions, orders or other legal documents be sent to the undersigned attorney through the CM/ECF System.

**I HEREBY CERTIFY**: that on this same date, copy of this motion was filed with the Clerk of the Court, using the CM/ECF System which will send notification of such filling to the attorneys of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 15th day of February, 2012.

**Ferraiuoli LLC**
221 Plaza, Suite 403
221 Ponce de León Ave.
San Juan, Puerto Rico 00917
Telephone: (787) 766-7000
Fax: (787) 766-7001

*S/Maristella Collazo-Soto*
**Maristella Collazo-Soto**
USDC-PR No.228606
mcollazo@ferraiuoli.com